FILED

SEP 11 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. Deborah Tuck
1600 E. Vista Way #85
2. Vista, CA 92084
Ph: 760-840-1806

In Pro Se

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DEBORAH TUCK, ) CASE NO: **15CV2036 H DHB**
)
Plaintiff, )
) **CONSUMER NOTICE OF**
vs. ) **DISPUTE OF DEBT**
)
MIDLAND CREDIT MANAGEMENT INC )
Does 1-25) )
)
Defendants, )
)

## CONSUMER NOTICE OF DISPUTE OF DEBT

COMES NOW, DEBORAH TUCK, pursuant to 15 U.S.C. §1692g, Fair Debt Collection Practices Act (FDCPA) hereby disputes the alleged $187, $2,272, and any and all past or present debt's the Defendant MIDLAND CREDIT MANAGEMENT INC. claims that I the Plaintiff DEBORAH TUCK owes in the above-entitled matter.

**THEREFORE,** this NOTICE shall be deemed a request/demand for "verification" and debt validation request as defined by 15 U.S.C. §1692(g)(1)(2)(5)(b), and California Consumer Protection Statutes/Laws.

Plaintiff DEBORAH TUCK, hereby requests validation pursuant to 15 U.S.C. §1692 *et seq.*

SPECIFICALLY, I dispute as to the identity of the true owner(s) (if any) of this same alleged $187 & $2,272 dollar debts, the alleged $187 & $2,272 due an owing,

1  I dispute all signatures on the Defendant's unauthenticated hearsay documents, and the
2  Defendant's alleged authority and capacity to collect and/or sue on behalf of the same. The
3  Defendant's in the above-entitled case are "debt collectors" as that term is defined by
4  15 U.S.C. 1692a(3).
5      MIDLAND CREDIT MANAGEMENT INC. is attempting to collect a
6  "household debt" as that term is defined by 15 U.S.C. §1692a(5).
7      **LASTLY,** I, Plaintiff DEBORAH TUCK upon viewing my consumer credit reports
8  whereby it was revealed that the Defendant's are reporting numerous alleged negative debts
9  $187 & $2,272 over numerous past years on my personal consumer credit reports with all
10 three major credit reporting agencies.
11     I, DEBORAH TUCK, hereby request the Defendant MIDLAND CREDIT
12 MANAGEMENT INC., to delete the inaccurate information immediately from my personal
13 consumer credit reports pursuant to 15 U.S.C. §1681 *et al.*
14 Parties must comply with the requests herein in a timely manner and completely.
15 Failure to provide the above-requested documentation will result in the Plaintiff
16 DEBORAH TUCK filing a claim for all damages and all court costs including attorney's
17 fees and costs accordingly.
18
19 Dated: 9-11-15       .
20
21                              *Deborah Tuck*
22                              DEBORAH TUCK
23
24 ///
25 ///
26 ///
27 ///
28 ///