# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Michael M. Anello

| FROM:  A. Corsello, Deputy Clerk | RECEIVED DATE:  February 3, 2016 |
|---|---|
| CASE NO.  15-cv-02036-MMA-MDD | DOC FILED BY:  Deborah Tuck |
| CASE TITLE:  Tuck v. Midland Credit Management Inc. et al | |
| DOCUMENT ENTITLED:  Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: The plaintiff has not obtained opposing party's consent to the amendment, nor has the plaintiff sought leave to amend from the Court.

Date Forwarded:   **February 4, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☒ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 10, 2016          CHAMBERS OF:  Michael M. Anello

cc: All Parties                      By:   s/ Law Clerk