**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH TUCK,<br><br>                              Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                              Defendant. | Case No.:  15cv2036-MMA (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 14] |

The Parties have filed a joint motion to dismiss this case with prejudice.  [Doc. No. 10.]  Good cause appearing, the Court **GRANTS** the Parties' joint motion to dismiss this action in its entirety with prejudice.  Each party shall bear their own attorneys' fees and costs.  The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated:  April 14, 2016

                                                              Hon. Michael M. Anello
                                                              United States District Judge